IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREA BILLUPS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PHH MORTGAGE CORPORATION, as successor ) <br> by merger to OCWEN LOAN SERVICING LLC, ) <br> LOCKE LORD LLP; NICHOLAS D. O'CONNER, ) <br> and P. RUSSELL PERDEW, ) <br> ) <br> Defendants. ) | Case No.: 1:19-cv-07873 <br><br> Honorable Charles P. Kocoras |

**DEFENDANT'S RULE 7.1 AND LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of Illinois Local Rule 3.2, Defendant PHH Mortage Corporation, as successor in interest to Ocwen Loan Servicing LLC,[1] hereby states as follows:

PHH Mortgage Corporation is a wholly owned subsidiary of PHH Corporation, which is a wholly owned subsidiary of Ocwen Financial Corporation, which is a publicly traded company. No publicly held corporation owns more than 5% of Ocwen Financial Corporation's stock.

---

[1] Incorrectly named as Ocwen Loan Servicing LLC a/k/a PHH Mortgage Services.

DATED: December 30, 2019          PHH MORTGAGE CORPORATION as successor by merger to OCWEN LOAN SERVICING LLC,

By:   /s/Nicholas D. O'Conner
       One of its attorneys

P. Russell Perdew (6270420)
rperdew@lockelord.com
Nicholas D. O'Conner (6302672)
noconner@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312.443.0700

## CERTIFICATE OF SERVICE

I, Nicholas D. O'Conner, an attorney, certify that I caused the foregoing to be served upon all persons and entities authorized and registered to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on December 30, 2019.

        /s/Nicholas D. O'Conner